PROB 12B
ED/AR (12/2012)




**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 14 2014

JAMES W. McCORMACK CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shamus Ridgell                     Case Number: 4:08CR00419-01 JLH

Name of Sentencing Judicial Officer:    Honorable J. Leon Holmes
                                        United States District Judge

Original Offense:    Possession of Child Pornography

Date of Sentence:    August 4, 2010

Original Sentence:   5 years probation, mandatory drug testing, DNA, Sex Offender Registration and Notification, sex offender counseling and polygraph, no alcohol, mental health counseling, no direct contact with minors, no frequenting places where minors congregate, no pornography or sexually explicit materials, computer and Internet monitoring, third party notification, financial disclosure, 100 hours community service, $100 special penalty assessment

| Type of Supervision: | Probation | Date Supervision Commenced: August 4, 2010 |
|---|---|---|
| | | Date Supervision Expires: August 3, 2015 |

| U.S. Probation Officer: MeKisha Childers | Asst. U.S. Attorney: Kristin Bryant | Defense Attorney: To be appointed |
|---|---|---|

## PETITIONING THE COURT

☐ To extend the term of supervision for \_\_\_\_\_ year(s), for a total term of \_\_\_\_\_ years.
☒ To modify the conditions of supervision as follows:

**Removal of the following Special Condition:**

> **The defendant will have no direct contact with minors (under age 18) without approval from the probation office and will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds.**

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Shamus Ridgell  Case Number: 4:08CR00419-01 JLH

**Addition of the following Special Condition(s):**

> The defendant shall not associate with children under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense, and who has been approved by the probation officer. Should the defendant have incidental contact with a child, the defendant is required to immediately remove himself from the situation and notify his/her probation officer within 24 hours of this contact. The defendant will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds.
>
> The defendant will submit their person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation office with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation office in the lawful discharge of the office's supervision functions pursuant to 18 U.S.C. § 3583(d).

## CAUSE

Mr. Ridgell's instant offense involves the use of the internet and a computer. Mr. Ridgell currently resides with his mother and father in their home, along with his 17-year-old brother and adult sister. The United States Probation Officer (USPO) is requesting that the conditions be modified to restrict unsupervised contact with minors, as opposed to restricting direct contact with minors, as the latter would restrict Mr. Ridgell from having positive contact with a family member; contact that could be supervised by Mr. Ridgell's parents. Jenniffer Horan of the Federal Public Defender Office has been notified of this modification.

_____  _____
MeKisha Childers             Kristin Bryant
U.S. Probation Officer       Assistant U.S. Attorney

Date: August 1, 2014         Date: 8/5/14

Approved:

_____
Supervising U.S. Probation Officer

Prob 12B -3- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Shamus Ridgell  Case Number: 4:08CR00419-01 JLH

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

August 14, 2014
_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, Kristin Bryant, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Removal of the following Special Condition:**

**The defendant will have no direct contact with minors (under age 18) without approval from the probation office and will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds.**

**Addition of the following Special Condition(s):**

**The defendant shall not associate with children under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense, and who has been approved by the probation officer. Should the defendant have incidental contact with a child, the defendant is required to immediately remove himself from the situation and notify his/her probation officer within 24 hours of this contact. The defendant will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds.**

**The defendant will submit their person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation office with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation office in the lawful discharge of the office's supervision functions pursuant to 18 U.S.C. § 3583(d).**

Witness: _____    Signed: _____
U.S. Probation Officer                        Probationer or Supervised Releasee

6/25/14
DATE

_____
FEDERAL DEFENDER